JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER ABDI MOHAMED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THAHESHA JUSINO, WARDEN,<br><br>　　　　　Respondent. | Case No. 5:21-cv-00763-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 26, 2021.

_Patricia Donahue_
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE